IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00177-CR

 

Ripley Leslie,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 52nd District
Court

Coryell County, Texas

Trial Court No. FO-06-18465

 



memorandum opinion



 

We abated this case to the trial court
to hold a hearing and to determine why Appellant’s Brief had not been filed. 
In the hearing, held on October 1, 2010, Appellant stated on the record that he
wished to abandon his appeal.

We invoke Rule 2 to suspend the motion
requirement in Rule 42.2(a).  See Tex.
R. App. P. 2, 42.2(a); Hendrix v. State, 86 S.W.3d 762, 762 &
n.1 (Tex. App.—Waco 2002, no pet.).  Appellant has clearly stated his desire to
abandon his appeal.  Accordingly, his appeal is dismissed.

 

REX D. DAVIS

Justice

 

Before
Chief Justice Gray,

Justice Reyna, and

Justice Davis

Appeal
dismissed 

Opinion
delivered and filed November 10, 2010

Do
not publish

[CR25]








 






y">                                                                                                                          PER CURIAM

Before Chief Justice Thomas,
          Justice Cummings, and
          Justice Vance
Dismissed
Opinion delivered and filed December 15, 1993
Do not publish